IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEBORAH A. GARRED,

    Plaintiff,

vs.        CASE NO. 5:08cv155/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 22), Plaintiff's Objections To The Magistrate Judge's Report and Recommendation (Doc. 26), and Defendant's Response To Plaintiff's Objection To The Magistrate's Report And Recommendation (Doc. 28). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. The decision of the Commissioner is **affirmed**, and judgment is entered in favor of Defendant.
3. The clerk is directed to close the file.

**ORDERED** on August 24, 2009.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**